

# NUMBER 13-25-00661-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A.C.M. AND T.B.K., CHILDREN

## ON APPEAL FROM THE 197TH DISTRICT COURT
## OF WILLACY COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Peña, West, and Fonseca**
**Memorandum Opinion by Justice West**

This cause is before the Court on its own motion. On December 12, 2025, appellant filed a notice of appeal attempting to appeal an order or judgment in trial court cause number 2025-CV-0163-A. The clerk's record was originally due on January 15, 2026. On February 24, 2026, the Clerk of the Court notified appellant that the clerk's record was past due. The Clerk further notified appellant that, unless she made arrangements to pay for the clerk's record and proof of payment was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

On March 16, 2026, we abated and remanded this case to the trial court to determine whether appellant is indigent, entitled to a free appellate record due to indigency, and entitled to court-appointed counsel. On May 8, 2026, the trial court entered its written order and found appellant not indigent.

We reinstated this case on May 12, 2026, and notified appellant that the clerk's record was due. To date, no clerk's record has been filed due to appellant's failure to pay or make payment arrangements. This Court has the authority to dismiss an appeal because the appellant failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

JON WEST
Justice

Delivered and filed on the
18th day of June, 2026.

2